# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-13-109-GF-BMM |
| Plaintiff, | |
| vs. | ORDER |
| PEDRO MARTINE ROBLEDO, | |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on March 28, 2018. (Doc. 71.) Neither party filed objections. When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Thomas v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on March 12, 2018. (Doc. 70.) The United States accused Defendant Pedro Martine Robledo ("Robledo") of violating his conditions of supervised release by 1) failing to appear for scheduled urinalysis testing, and 2) failing to follow the instructions of his probation officer.

1

(Doc. 64 at 3.) Robledo admitted to the violations. (Doc. 70.) The violations prove serious and warrant revocation of Robledo's supervised release.

Judge Johnston has recommended that the Court revoke Robledo's supervised release and commit Robledo to the custody of the Bureau of Prisons for sixteen months. (Doc. 71 at 5.) Judge Johnston further has recommended that no supervised release follow his custody period. *Id.*

The Court finds no clear error in Judge Johnston's Findings and Recommendations. Robledo's violations represent a serious breach of the Court's trust. A sentence custody of sixteen months, followed by no supervised release, is sufficient, but not greater than necessary.

**IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 71) is ADOPTED IN FULL.

**IT IS FURTHER ORDERED** that Defendant Pedro Martine Robledo is sentenced to a term of custody of sixteen months, with no supervised release to follow.

DATED this 16th day of April, 2018.

Brian Morris
United States District Court Judge